THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN MIZELL, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion to prosecute appeal as a poor person on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Proceeding Pursuant to the Provisions of Article 78 of the Civil Practice Act of LEROY MOORE, SR., Appellant, against Honorable EARL H. GALLUP, as County Judge of Albany County, and WILLIAM J. FITZPATRICK, as Chief of Police of the City of Albany, Respondents.— Motions on behalf of National Rifle Association of America, Inc.; Forbes Rifle and Pistol Club, Inc.; and Columbia Rifle Club, Inc., and Kramer Range Association, Inc., to file briefs amicus curiæ. Motions granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of JOSEPH NADLER, Appellant, against PINE VIEW HOTEL and STATE INSURANCE FUND, HARTFORD ACCIDENT & INDEMNITY CO., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal on typewritten record and brief granted. Application for shortened record or agreed statement of facts should be made to the [State] Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of Dr. DAVID G. POLLOCK, Petitioner, for an Order of Certiorari, Pursuant to Article 78 of the Civil Practice Act, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondents.— Motion for stay pending determination of review in this court granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK (STATE DIVISION, DEPARTMENT OF PUBLIC SERVICE), Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant, and BOWMAN BILTMORE HOTELS CORPORATION and Others, Appellants, and RUDOLPH LELLBACH and Another, Doing Business under the Firm Name and Style of THE NEW CONTINENTAL HOTEL, and Others, Joined as Parties to This Proceeding Pursuant to Order of the Supreme Court Dated the 27th Day of May, 1940, Respondents.— Application for leave to file brief amicus curiæ granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT A. ROGERS, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, New York, Respondent.— Motion to prosecute appeal on typewritten record and brief granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of HENRY TEMES, for Attorney's Fees, Appellant, in Connection with the Claim of JAMES DOWNES, Respondent, against EDWIN G. LAUDER, JR., and EMPLOYER'S LIABILITY INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent — Application by appellant for an order directing the State Industrial Board to amend its findings, for leave to submit a short record, and to extend appellant's time to prepare a record on appeal. This court has no power upon motion to direct the State Industrial Board to amend its findings, and will not assume to determine what should be omitted from the record or condensed therein. The record on appeal should be settled in the first instance by the Board or by stipulation between the parties. (Matter of MacConel v. Union Coal & Ash Co., 230 App. Div. 336.) Any alleged errors in connection therewith may be reviewed on appeal. Application denied,